**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 25, 2012

**BY HAND DELIVERY**
The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-26-12

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON
SEP 25 2012
UNITED STATES DISTRICT JUDGE

Re: *American International Group, Inc. v. United States*, 09 Civ. 1871 (LLS)

Dear Judge Stanton:

This Office represents the United States in the above-referenced matter. We write to respectfully request a one-week extension of time for the Government to respond to the motion for partial summary judgment filed on August 1, 2012, by plaintiff American International Group, Inc. ("AIG") (the "Motion"). The Government's opposition is currently due October 1, 2012, and, if the Court grants the extension, the Government's opposition would be due October 8, 2012. The Government has previously sought and received a one-month extension of this deadline. AIG consents to the extension.

The additional discovery provided by AIG in this case was voluminous, and the Government needs the additional time to finalize the process of selecting documents to include in its response to the Motion, and to finalize our responsive papers.

*Granted*
*Louis L. Stanton*
*9/26/12*

We thank the Court for its consideration of this letter.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

By:   _____
        PIERRE G. ARMAND
        JOHN D. CLOPPER
        JAMES NICHOLAS BOEVING
        JOSEPH CORDARO
        ARASTU K. CHAUDHURY
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.:   (212) 637-2724 (Armand)
                 (212) 637-2716 (Clopper)
                 (212) 637-2748 (Boeving)
                 (212) 637-2745 (Cordaro)
                 (212) 637-2633 (Chaudhury)
        Fax:   (212) 637-2686
        Email: pierre.armand@usdoj.gov
                 john.clopper@usdoj.gov
                 james.n.boeving@usdoj.gov
                 joseph.cordaro@usdoj.gov
                 arastu.chaudhury@usdoj.gov

cc: <u>By E-Mail</u>
    Thomas Cullinan, Esq.