# MANDATE

S.D.N.Y.-N.Y.C.
09-cv-1871
Stanton, J.

## United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand fourteen.

Present:

Dennis Jacobs,
Rosemary S. Pooler,
  *Circuit Judges*,
Christina Reiss,[*]
  *District Judge.*

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** May 06, 2015

---

American International Group, Inc., and subsidiaries,

  *Petitioner*,

  v.         13-4367

United States of America,

  *Respondent*.

---

Petitioner, through counsel, petitions pursuant to 28 U.S.C. § 1292(b) for leave to appeal from an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED.

     FOR THE COURT:
     Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

[*]Chief Judge Christina Reiss, of the United States District Court for the District of Vermont, sitting by designation.

SAO-MCB

**MANDATE ISSUED ON 05/06/2015**