```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
AMERICAN INTERNATIONAL GROUP, INC.,
AND SUBSIDIARIES,

        Plaintiff,        09 Civ. 1871 (LLS)

- against -        ORDER

UNITED STATES OF AMERICA,

        Defendant.
- - - - - - - - - - - - - - - - - -X

    Good cause appearing, the October 30, 2017 Revised Scheduling Order is vacated, and the final pre-trial conference is adjourned <u>sine die</u>, to be rescheduled upon the application of any party. A status conference will be held on June 29, 2018, at 12:00 noon.

    So ordered.

Dated: New York, NY
       January 23, 2018

                                      _Louis L. Stanton_
                                        Louis L. Stanton
                                            U.S.D.J.