ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMERICAN INTERNATIONAL GROUP, INC.,

        Plaintiff,

    v.                               No. 09 Civ. 1871 (LLS)

UNITED STATES OF AMERICA,

        Defendant.
-----------------------------------------------------------X

## [PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEYS

Hon. Louis L. Stanton, U.S.D.J.:

WHEREAS, on April 20, 2020, the law firm of Skadden, Arps, Slate, Meagher & Flom LLP formally appeared on behalf of Plaintiff American International Group, Inc. in this action, for the purpose of succeeding the law firm of Boies Schiller Flexner LLP as Plaintiff's counsel, with Plaintiff's consent and approval;

WHEREAS, the following attorneys from Boies Schiller Flexner LLP have appeared in this action: David Boies, II; Jason Colin Cyrulnik; Ian Michael Dumain; Robin Ann Henry; Edward John Normand; Matthew Lane Schwartz; and Motty Shulman;

WHEREAS, attorneys Jason Colin Cyrulnik; Robin Ann Henry; Edward John Normand; and Motty Shulman no longer are affiliated with Boies Schiller Flexner LLP;

WHEREAS, the withdrawal of all current or former Boies Schiller Flexner LLP attorneys is not expected to cause any disruption in this matter;

WHERAS, neither Boies Schiller Flexner LLP nor any of the withdrawing attorneys is retaining or charging a lien; and

WHEREAS, the American International Group, Inc. has been notified of, and consents to, the withdrawal of all current and former Boies Schiller Flexner LLP attorneys from this action; it is hereby

**ORDERED**, that pursuant to Local Civil Rule 1.4, the following attorneys (and the firm of Boies Schiller Flexner LLP) are withdrawn from this action and no longer will be sent docketing notifications via the ECF system: David Boies, II; Jason Colin Cyrulnik; Ian Michael Dumain; Robin Ann Henry; Edward John Normand; Matthew Lane Schwartz; and Motty Shulman.

Dated: April 24, 2020

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ Ian M. Dumain
Ian M. Duman
333 Main Street
Armonk, NY 10504
(914) 749-8200
(914) 749-8300 (fax)
idumain@bsfllp.com

SO ORDERED:

*Louis L. Stanton*
Hon. Louis L. Stanton, U.S.D.J.
4/24/20