ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

AMERICAN INTERNATIONAL GROUP, INC.
and subsidiaries,

                 Plaintiff,

      - against -

UNITED STATES OF AMERICA,

                 Defendant.
- - - - - - - - - - - - - - - - - - - -X

09 Civ. 1871 (LLS)

ORDER

This suit having been settled, the Clerk will remove it from the suspense calendar and close the case.

So ordered.

Dated: New York, New York
       October 26, 2020

                                              Louis L. Stanton
                                              LOUIS L. STANTON
                                                 U.S.D.J.